**Fill in this information to identify the case:**

Debtor 1: Stephen M Spitler & Julie A Spitler

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Ohio

Case number: 1814271

## Official Form 410S1
# Notice of Mortgage Payment Change
12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 8

**Date of payment change:**
Must be at least 21 days after date of this notice: 01/01/2021

**New total payment:**
Principal, interest, and escrow, if any: $ 1955.21

**Last 4 digits** of any number you use to identify the debtor's account: 0 5 5 1

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ _____     **New escrow payment:** $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____%     **New interest rate:** _____%

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:
   Payment change resulting from a discontinuance of Mortgage Insurance Premium.

   **Current mortgage payment:** $ 2204.44     **New mortgage payment:** $ 1955.21

Debtor 1  Stephen M Spitler & Julie A Spitler
           First Name    Middle Name    Last Name

Case number (if known)

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Tavon Taylor
Signature

Date  01/11/2021

Print: TAYLOR,TAVON
       First Name    Middle Name    Last Name

Title: VP Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
          Number    Street
          1000 Blue Gentian Road
          Address 2
          Eagan               MN    55121-7700
          City                State  ZIP Code

Contact phone  800-274-7025

Email: NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio

Chapter 13 No. 1814271
Judge: Jeffery P. Hopkins

In re:

Stephen M Spitler & Julie A Spitler

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before January 12, 2021 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Stephen M Spitler & Julie A Spitler
5195 East View Drive

Milford OH 45150

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:

By Court's CM/ECF system registered email address

Paul J Minnillo
Minnillo Law Group Co LPA
2712 Observatory Avenue

Cincinnati OH 45208

By Court's CM/ECF system registered email address

N/A

Trustee:

By Court's CM/ECF system registered email address

Margaret A Burks

600 Vine Street Suite 2200

Cincinnati OH 45202

/s/Tavon Taylor

VP Loan Documentation

Wells Fargo Bank, N.A.